**No. 11-5649. Joe Johnson, III, Petitioner v. United States.**

565 U.S. 917, 132 S. Ct. 337, 181 L. Ed. 2d 210, 2011 U.S. LEXIS 6070.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 424 Fed. Appx. 922.